IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re
ALEESHA RENEE PIERRE                    CASE NO. 21-18038-MAM

Debtor.                                 CHAPTER 7

## MOTION FOR RELIEF FROM STAY

Comes now, CARVANA, LLC("CREDITOR"), and moves the Court for the entry of an order granting it relief from the automatic stay and for grounds says as follows:

1. This Court has jurisdiction under 28 U.S.C. §1334 and 11 U.S.C. § 362.

2. On 12/12/2020, Debtor executed and delivered a RETAIL INSTALLMENT CONTRACT AND SECURITY AGREEMENT wherein he promised to make a total of payments of $26,160.49 payable in 71 consecutive monthly installments of $364.00 and a final payment of $316.49 on 12/20/2026. The first payment was to be made on 1/20/2021.

3. The Affidavit of the Creditor is attached hereto as Exhibit "A".

4. To secure all payments under the contract Debtor granted a security interest in the following described property:

2014 HONDA ACCORD VIN 1HGCR2F37EA230525

A copy of the Simple Interest Retail Installment Contract and Security Agreement and the Lien and Title Information Report is attached hereto as Exhibit "B".

5. The Debtor has defaulted in the following particulars:

___x___   Failing to make Direct payments pursuant to the loan agreement. The Debtor failed to the make the payment due on 8/20/2021, and all subsequent payments. Debtor has surrendered the collateral. CARVANA, LLC, has been in possession of the collateral since September 27, 2021.

6. As of October 11, 2021, the net rebated payoff was $13,621.79. The estimated value is $15,200.00 A copy of the NADA is attached hereto as Exhibit "C".

7. The address for post-petition payments is CARVANA, LLC, P O BOX 29018, Phoenix AZ 85038.

8. The Indebtedness Worksheet is completed and marked hereto as Exhibit "D".

9. The Creditor requests this court waiver the fourteen (14) day "stay" in accordance with Fed. R. Bankr. P. 4001(a)(3).

10. Should this Honorable Court deny the Creditor's Motion for Relief from Automatic Stay, the Creditor would request that this Honorable Court direct that the stay shall be immediately lifted, without further order or notice, as to the Creditor in the event that the Debtor should default on any future payments.

WHEREFORE, CREDITOR requests the entry of an order granting it relief from the automatic stay.

    /s/ KENT D. MCPHAIL
KENT D. MCPHAIL, ESQ.
Florida Bar No. 0852767
BROOKE E. SANCHEZ, ESQ.
Florida Bar No. 26860
Kent McPhail & Associates, LLC
P. O. Box 870
Mobile, AL   36601
Phone (251)438-2333
Facsimile (251) 438-2367
Email: kent@kmcphail.law
       brooke@kmcphail.law

CERTIFICATE OF SERVICE

I, Kent D. McPhail, do hereby certify that I have on this the 13th day of October 2021,

served a copy of the above and foregoing Motion for Relief from Stay, Affidavit of Creditor, Retail Installment Contract and Security Agreement, Lien and Title Information, NADA valuation, and Indebtedness Worksheet to the parties listed below by the service method indicated:

U.S. MAIL, FIRST CLASS POSTAGE PREPAID
ALEESHA RENEE PIERRE
812 SOUTHEAST WALTON LAKES DR.
PORT ST. LUCIE, FL 34952

ECF FILING NOTIFICATION
DEBORAH MENOTTE
TRUSTEE
POB 211087
WEST PALM BEACH, FL 33421
menottetrustee@gmail.com

ECF FILING NOTIFICATION
OFFICE OF THE U.S. TRUSTEE
51 SW 1 AVE #1204
MIAMI FL 33130
USTPRegion21.MM.ECF@usdoj.gov


   /s/ KENT D. MCPHAIL
   KENT D. MCPHAIL