**AFFIDAVIT**

STATE OF  Arizona  )

COUNTY OF  Maricopa  )

AFFIANT, Jennifer Cruise, hereby deposes and swears:

1. I am employed as Senior Manager for CARVANA, LLC., (hereinafter "CARVANA, LLC"). I am authorized to make this affidavit on behalf of CARVANA, LLC. I make this affidavit based on my personal knowledge of the facts contained herein. My personal knowledge is based on my review of the servicing records and business records held and maintained by CARVANA.

2. In the regular performance of my employment at CARVANA, I am familiar with the business records maintained by CARVANA, for the purpose of servicing loans, collecting payments and pursuing any delinquencies (the "servicing records"). CARVANA'S servicing records typically include electronic data compilations and imaged documents pertaining to the loans it services.

3. Based on my training and my general knowledge of the processes by which they are created and maintained, CARVANA'S servicing records were made at or near the time by, or from information provided by, persons with knowledge of the activity and transactions reflected in such records, and are kept in the ordinary course of the business activity regularly conducted by CARVANA. It is the regular practice of CARVANA'S to make and update its servicing records.

4. CARVANA, is responsible for servicing Debtor's, ALEESHA RENEE PIERRE., delinquent account and is authorized to make this affidavit as the servicer for this loan.

5. **The amount of the indebtedness and the nature and extent of default set forth in the Motion is based on my review of CARVANA, LLC'S Servicing Records, which review reveals the following:**

   a. Debtor: Aleesha Renee Pierre

   b. Bankruptcy Case No. 21-18038-MAM

   c. Property Description: 2014 HONDA ACCORD VIN 1HGCR2F37EA230525

   d. Value of collateral: $15,200.00

   e. Estimated Pay-off Amount as of 10/11/21 $13,621.79

   f. Debtor failed to make the payment due on August 20, 2021, and all payments due thereafter. Debtor has surrendered collateral. CARVANA has been in possession of the collateral since 9/27/2021.

   g. All of the documents attached to the motion as exhibits are true and accurate copies of the original documents.

**FURTHER AFFIANT SAYETH NAUGHT.**

Under penalties of perjury, I declare that I have read the foregoing and that the facts stated in it are true and correct to the best of my knowledge.

Name: _____

Print Name: Jennifer Cruise

Title: Senior Manager

STATE OF Arizona )

COUNTY OF Maricopa )

The foregoing instrument was acknowledged and sworn to before me this 12 day of October, 2021, by Jennifer Cruise as Senior Manager of CARVANA., LLC, who is personally known to me or who has produced _____ as identification.

_____
Notary Public
My Commission Expires: _____

TOBY BOUDREAUX
Notary Public - State of Arizona
MARICOPA COUNTY
Commission # 600471
Expires March 11, 2025